UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DEBORAH DONOGHUE,

        Plaintiff,

    - against -

LOCAL.COM CORPORATION and
HEARST COMMUNICATIONS, INC.,

        Defendants.

------------------------------------------------------------x

07 CIV. 8550 (L.S.)

DEFENDANT HEARST COMMUNICATIONS, INC.'S RULE 7.1 STATEMENT

Defendant Hearst Communications Inc., by its undersigned attorneys, make the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Defendant Hearst Communications, Inc. is a subsidiary of The Hearst Corporation, and is not publicly traded.

Dated: December 3, 2007

                                    GREENBERG TRAURIG, LLP

                                    By: _____
                                          Alan Mansfield (AM-4266)
                                  200 Park Avenue
                                  New York, New York 10166
                                  Tel.: (212) 801-9200
                                  Fax:  (212) 801-6400
                                  mansfielda@gtlaw.com

                                  Attorneys for Defendant
                                  Hearst Communications, Inc.