Fax: (714) 546-9035    Dec 3 2007 08:49am P002/002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,

Plaintiff,

- against -

LOCAL.COM CORPORATION and
HEARST COMMUNICATIONS, INC.

Defendants.

07 Civil 8550 (L.S.)

STIPULATION AND
ORDER
EXTENDING TIME TO
ANSWER OR MOVE

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff,

Deborah Donoghue ("Donoghue") and nominal defendant Local.com Corporation

("LOCAL") through counsel that the time within which LOCAL must answer, move or

otherwise respond to plaintiff's Complaint in the above-captioned action is extended from

December 3, 2007, to January 4, 2008. This is a first request for the relief sought herein.

Dated: November 30, 2007

DAVID LOPEZ, ESQ.

By: _____
David Lopez, Esq. (DL-6779)
Attorney for Deborah Donoghue
171 Edge of Woods Rd.,
P.O. Box 323
Southampton, New York 11968
Tel: (631) 287-5520
Fax: (631) 283-4735
DavidLopezEsq@aol.com

RUTAN & TUCKER LLP

By: _____
Ira G. Rivin, Esq.
Attorneys for Local.com Corporation
611 Anton Boulevard
Costa Mesa, California 92626
Tel: (714) 641-3410
Fax: (714) 546-9035
irvin@rutan.com

SO ORDERED:

_____
Leonard B. Sand, U.S.D.J.
New York, New York
December    , 2007