**COURTESY COPY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-4-07

DEBORAH DONOGHUE,

    Plaintiff,

  - against -

LOCAL.COM CORPORATION and
HEARST COMMUNICATIONS, INC.

    Defendants.

07 Civil 8550 (L.S.)

STIPULATION AND
ORDER
EXTENDING TIME TO
ANSWER OR MOVE

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, Deborah Donoghue ("Donoghue") and defendant Hearst Communications, Inc. ("HCI") through their undersigned counsel that the time within which HCI must answer, move or otherwise respond to plaintiff's Complaint in the above-captioned action is extended from December 3, 2007, to January 4, 2008. This is a first request for the relief sought herein.

Dated: November 30, 2007

DAVID LOPEZ, ESQ.

By: _____
David Lopez, Esq. (DL-6779)
Attorney for Deborah Donoghue
171 Edge of Woods Rd.,
P.O. Box 323
Southampton, New York 11968
Tel: (631) 287-5520
Fax: (631) 283-4735
DavidLopezEsq@aol.com

GREENBERG TRAURIG, LLP

By: _____
Alan Mansfield, Esq. (AM-4266)
Attorneys for Hearst Communications, Inc.
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400
mansfield@gtlaw.com

SO ORDERED:

_____
Leonard B. Sand, U.S.D.J.
December 4, 2007