Sond, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

DEBORAH DONOGHUE,

        Plaintiff,

- against -

LOCAL.COM CORPORATION and
HEARST COMMUNICATIONS, INC.,

        Defendants.
---------------------------------------- x

07 CIV. 8550 (LBS)

STIPULATION AND ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-17-07

    WHEREAS on November 30, 2007, plaintiff Deborah Donoghue ("Donoghue") and defendant Hearst Communications, Inc. ("HCI"), through their undersigned counsel, stipulated and agreed that the time within which defendant HCI, must answer, move, or otherwise respond to plaintiff's Complaint in the above-captioned action should be extended from December 3, 2007 to and including January 4, 2008 (the "Stipulation");

    WHEREAS the Court so ordered the Stipulation on December 4, 2007; and

    WHEREAS on December 3, 2007, Donoghue filed and served her First Amended Complaint in the above-captioned action; therefore

    IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Deborah Donoghue, and defendant Hearst Communications, Inc. through their undersigned counsel, that the time within which defendant HCI, must answer, move, or otherwise respond to plaintiff's First Amended Complaint in the above-captioned action is extended from December 23, 2007 to and including January 4, 2008.

This is HCI's first request for an extension of time to respond to the First Amended Complaint. HCI previously requested and was granted an extension of time to respond to Donoghue's original Complaint to and including January 4, 2008.

FURTHER, Donoghue, through her undersigned counsel, unilaterally grants defendant Local.com Corporation ("Local.com") an extension of time to respond to the First Amended Complaint to and including January 4, 2008.

Donoghue previously agreed to Local.com's request for extension of time to respond to Donoghue's original Complaint to and including January 4, 2008.

DAVID LOPEZ, ESQ.

By: _/s/ David Lopez_
David Lopez (DL-6779)
171 Edge Of Woods Road
P.O. Box 323
Southampton, New York
Tel.: (631) 287-5520
Fax: (631) 283-4735
DavidLopezEsq@aol.com

Attorney for Plaintiff
Deborah Donoghue

GREENBERG TRAURIG, LLP

By: _/s/ Alan Mansfield_
Alan Mansfield (AM-4266)
200 Park Avenue
New York, New York 10166
Tel.: (212) 801-9200
Fax: (212) 801-6400
mansfielda@gtlaw.com

Attorneys for Defendant
Hearst Communications, Inc.

SO ORDERED.

Dated: New York, New York
       December 17, 2007

_/s/ Leonard B. Sand_
Honorable Leonard B. Sand
U.S.D.J.