AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

DEBORAH DONOGHUE

v.

LOCAL COM CORPORATION, et al.

APPEARANCE

Case Number: 07 CIV. 8550 (L.S.)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Hearst Communications, Inc.

I certify that I am admitted to practice in this court.

January 4, 2008
Date

*/s/ William Wargo*
Signature

William Wargo
Print Name

9417
Bar Number

200 Park Avenue
Address

New York    NY    10166
City    State    Zip Code

(212) 801-9200
Phone Number

(212) 801-6400
Fax Number