UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

DEBORAH DONOGHUE

                  Plaintiff,

            - against-

LOCAL.COM CORPORATION and
HEARST COMMUNICATIONS, INC.,

                 Defendants.

------------------------------------- X

07 CIV. 8550 (L.S.)

**AFFIRMATION**
**OF SERVICE**

    I BERNADETTE EVANS, being duly sworn, deposes and says:

    1.    I am employed by Greenberg Traurig, LLP, attorneys for the defendant, Hearst Communications, Inc., am not a party to this action, am over 18 years of age and reside in the Newark, New Jersey.

    2.    On the 4th day of January, 2008, I served the annexed Answer and Cross-Claims of Hearst Communications, Inc. by depositing a true copy in a securely sealed envelope with proper postage prepaid thereon, into the exclusive care and custody of the United States Postal Service within the State of New York by First Class Mail as follows:

Ira G. Rivin, Esq.
Rutan & Tucker, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626

                                                                           _/s/ Bernadette Evans_
                                                                           Bernadette Evans