UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,

                Plaintiff,

- against -

LOCAL.COM CORPORATION and HEARST COMMUNICATIONS, INC.,

                Defendant.

**RULE 7.1 DISCLOSURE STATEMENT**

Index No. 07 Civil 8550 (LS)

Defendant LOCAL.COM CORPORATION, by its attorneys Blustein, Shapiro, Rich & Barone, LLP, make the following disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

- Defendant Local.com Corporation is not owned by any parent corporation.
- There is no publicly traded corporation that owns 10% or more of its stock.

Dated: Middletown, New York
       January 7, 2008

Yours, etc.,
BLUSTEIN, SHAPIRO, RICH & BARONE, LLP

By: Gardiner S. Barone, Esq. (GB7938)
Attorneys for Defendant Local.com Corp.
90 Crystal Run Road, Suite 409
Middletown, New York 10941
(845) 692-0011

Rutan & Tucker, LLP, Of Counsel
By: Ira G. Rivin, Esq.
611 Anton Boulevard, 14th Floor
Cosa Mesa, CA 92626
(714) 641-3410