UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

DEBORAH DONOGHUE, : 07 CIV. 8550 (LBS)

        Plaintiff,

        - against - : **DEMAND FOR JURY TRIAL**

LOCAL.COM CORPORATION and
HEARST COMMUNICATIONS, INC.,

        Defendants.

------------------------------------------------------------- x

      PLEASE TAKE NOTICE that, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Hearst Communications, Inc. requests a jury trial on all issues and causes of action so triable.

Dated: New York, New York
       January 18, 2008

                                 GREENBERG TRAURIG, LLP

                                 By: /s/ Alan Mansfield
                                     Alan Mansfield
                                     William A. Wargo
                                 200 Park Avenue, 39th Floor
                                 New York, New York 10166
                                 Phone: (212) 801-9200
                                 Fax: (212) 801-6400
                                 mansfielda@gtlaw.com
                                 wargow@gtlaw.com

                                 *Attorneys for Defendant/Cross-claimant-Plaintiff*
                                 *Hearst Communications, Inc.*