◎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF              NEW YORK

DEBORAH DONOGHUE

v.

LOCAL.COM CORPORATION and
HEARST COMMUNICATIONS, INC.

APPEARANCE

Case Number: 07 CIV. 8550

To the Clerk of this court and all parties of record:

   Enter my appearance as counsel in this case for

   LOCAL.COM CORPORATION

I certify that I am admitted to practice in this court.

January 28, 2008
Date

Signature

Jonathan Fried                    7293
Print Name                        Bar Number
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
Address

New York          NY          10036
City              State       Zip Code

(212) 715-9100              (212) 715-8000
Phone Number                Fax Number