UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

DEBORAH DONOGHUE,

                Plaintiff,

      - against -

LOCAL.COM CORPORATION and
HEARST COMMUNICATIONS, INC.,

                Defendants.

07 CIV. 855 (L.S.)

**Statement Pursuant to**
**Fed. R. Civ. P. 7.1(a)**

------------------------------------------------------------ x

HEARST COMMUNICATIONS, INC.,

                Cross-claimant,

      - against -

LOCAL.COM CORPORATION,

                Cross- defendant.

------------------------------------------------------------ x

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for nominal defendant and cross-defendant Local.com Corporation hereby certifies that

        1.     Local.com Corporation is a non-governmental corporate party; it has no parent corporation; and there is no publicly held corporation that owns 10% or more of its stock.

KL3 2636659.1

Dated: New York, New York
       January 28, 2008

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
      Jonathan Fried (JF-7293)

1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Attorneys for Nominal Defendant and
Cross-Defendant Local.com Corporation