DAVID LOPEZ, ESQ.
Attorney For Plaintiff
171 Edge of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Tel:   631.287.5520
Fax:   631.283.4735
e-Mail: DavidLopezEsq@aol.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DEBORAH DONOGHUE,

              Plaintiff,                    07 Civil 8550 (LBS)

   - against -

LOCAL.COM CORPORATION and
HEARST COMMUNICATIONS, INC.,         PLAINTIFF'S ANSWER
                                                   TO CROSS-CLAIM
              Defendants.
_____/

HEARST COMMUNICATIONS, INC.,

              Cross-Claimant,

   - against -

LOCAL.COM CORPORATION,

              Cross-Defendant
_____/

      PLAINTIFF, having brought this suit in a derivative capacity and having assumed thereby certain fiduciary obligations to nominal defendant LOCAL.COM CORPORATION, by her undersigned counsel responds to the cross-claims asserted by HEARST COMMUNICATIONS, INC. against LOCAL.COM CORPORATION.

Plaintiff adopts in its entirety as her own the ANSWER OF LOCAL.COM TO CROSS CLAIM filed electronically with the clerk of the court on January 28, 2008, and for the reasons stated therein respectfully prays for judgment dismissing each of the purported causes of action asserted against LOCAL.COM CORPORATION in the cross-claim, and for such other and further relief as the court may deem just and proper.

Dated: January 29, 2008
       Southampton, New York

*[signature]*
David Lopez, Esq.
Attorney For Plaintiff

## CERTIFICATE OF SERVICE

DAVID LOPEZ, a member of the bar of this court, hereby certifies that he served a true copy of the foregoing upon:

Alan Mansfield, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, New York 10166

William A. Wargo, Esq.
Greenberg Traurig, LLP
200 Park Avenue
New York, New York 10166

Ira G. Riven, Esq.
Rutan & Tucker
611 Anton Blvd.
Suite 1400
Costa Mesa, California 92626-1931

Jonathan L. Fried, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036

Gardiner S. Barone, Esq.
Blustein, Shapiro, Rich & Barone, LLP
90 Crystal Run Road, Suite 409
Middletown, New York 10941

by ECF Filing and by First Class Mail on this 30th day of January, 2008.

David Lopez, Esq. (DL-6779)