UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DEBORAH DONOGHUE,

          Plaintiff,

  - against -

LOCAL.COM CORPORATION and HEARST
COMMUNICATIONS, INC.,

          Defendants.

------------------------------------------------------------x

Case Number: 07 CIV. 8550 (LBS)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, and the Declaration of William A. Wargo and attached exhibits, Defendant Hearst Communications, Inc., before the Honorable Leonard B. Sand, United States District Court Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 15-A, New York, New York, on February 28, 2008 at 2:15 P.M., moves for judgment on the pleadings, pursuant to Fed. R. Civ. P. Rules 12(c), dismissing the Amended Complaint in this action as to Hearst Communications in its entirety, and such other and further relief as the Court deems just and proper.

Dated: February 11, 2008
      New York, New York

**GREENBERG TAURIG, LLP**

By:_____/s/_____
    Alan Mansfield (AM 3266)
    William A. Wargo (WW 9417)
200 Park Avenue
New York, New York 10166
(212) 801-2100
(21) 801-6400 (fax)
mansfielda@gtlaw.com
wargow@gtlaw.com

*Attorneys for Defendant*
*Hearst Communications, Inc.*