UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
DEBORAH DONOGHUE,

                Plaintiff,

      - against -

LOCAL.COM CORPORATION and HEARST
COMMUNICATIONS, INC.,

                Defendants.
-------------------------------------------------------------- x

Case Number: 07 CIV. 8550 (LBS)

## DECLARATION OF WILLIAM WARGO

I, William Wargo, declare and state:

1.     I, William Wargo, am an associate of Greenberg Traurig, LLP, counsel of record for Hearst Communications, Inc. in the above-captioned action.

2.     I submit this Declaration in support of Hearst Communications Inc.'s Motion for Judgment on the Pleadings in the above-captioned action. I have personal knowledge of the facts set forth below, to which I would competently testify if called as a witness.

3.     Attached hereto as Exhibit A is a true and correct copy of Plaintiff's First Amended Complaint with exhibits, dated December 3, 2007, in the above-captioned action.

4.     Attached hereto as Exhibit B is a true and correct of copy of Hearst Communications, Inc.'s Answer and Cross-Claims with exhibits, dated January 4, 2008, in the above-captioned action.

5.     Attached hereto as Exhibit C is a true and correct copy of Local.com's Answer, dated January 4, 2008, in the above-captioned action.

6.  Attached hereto as Exhibit D are true and correct copies of pages from Romeo & Dye, *Section 16 Securities Exchange Act of 1934, Treatise and Reporting Guide* (2d ed. 2004).

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct. Executed at New York, New York on February 11, 2008.

/s/
-----------
William Wargo
