C

Case 1:07-cv-08550-LBS    Document 11    Filed 01/04/2008    Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,

                Plaintiff,

  - against -

LOCAL.COM CORPORATION and HEARST
COMMUNICATIONS, INC.,

                Defendant.

ANSWER TO FIRST AMENDED
COMPLAINT

Index No. 07 Civil 8550 (LS)

Defendant Local.com Corporation ("Local.com"), by its attorneys Blustein, Shapiro,

Rich & Barone, LLP, as and for its Answer to the First Amended Complaint filed by plaintiff

Deborah Donohue in this action, alleges as follows:

As alleged in paragraph 3 of the First Amended Complaint, plaintiff has brought this

action derivatively in the right and for the benefit of Local.com, which has been named as a party

defendant solely in order to have all parties before the court. As a nominal defendant on whose

behalf plaintiff has brought this action, Local.com (1) takes no position regarding the validity of

the allegations in the First Amended Complaint, (2) consents and agrees to abide by the Court's

decisions and ultimate adjudication of this matter; and (3) claims all proceeds, if any, received by

plaintiff in this matter – less any fees or costs to which plaintiff may legally be entitled.

Dated:  Middletown, New York
      January 4, 2008

                Yours, etc.,

                BLUSTEIN, SHAPIRO, RICH & BARONE, LLP

                By: Gardiner S. Barone, Esq. (GB 7938)
                Attorneys for Defendant Local.com Corp.
                90 Crystal Run Road, Suite 409
                Middletown, New York 10941
                (845) 692-0011

Rutan & Tucker, LLP, Of Counsel
By: Ira G. Rivin, Esq.
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626
(714) 641-3410