SDNY, 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DEBORAH DONOGHUE,

                                      Plaintiff,

                      against

LOCAL.COM CORPORATION and
HEARST COMMUNICATIONS, INC.,

                                    Defendants.
------------------------------------------------------------
HEARST COMMUNICATIONS, INC.,

                          Cross-claimant,

                    - against -

LOCAL.COM CORPORATION,

                        Cross- defendant.
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-10-08

STIPULATION AND ORDER TO
CHANGE ATTORNEYS

07 CIV. 8550 (LBS)(LMS)

IT IS HEREBY CONSENTED THAT the firm of Kramer Levin Naftalis & Frankel LLP, located at 1177 Avenue of the Americas, New York, New York 10036, be substituted as attorneys of record for nominal defendant and cross defendant Local.com Corporation in the above-entitled action in place and stead of Blustein, Shapiro, Rich & Barone, LLP, located at 90 Crystal Run Road, Suite 409, Middletown, New York 10941, as of the date hereof.

Dated: February 24, 2008

Blustein, Shapiro, Rich & Barone, LLP

By: _____
    Gardiner S. Barone (GB-7938)

90 Crystal Run Road, Suite 409
Middletown, New York 10941

Kramer Levin Naftalis & Frankel LLP

By: _____
    Jonathan Fried (JF-7293)

1177 Avenue of the Americas
New York, New York 10036

KL3 2631843.1

LOCAL.COM CORPORATION

By: _____
    Douglas Norman
    Chief Financial Officer

SO ORDERED:

_____
LEONARD B. SAND, U.S.D.J.

3/7/08

-2-

KL3 2638843.1