

David Lopez, Esq.
171 Edge of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
**Phone:** 631.287.5520
**Fax:** 631.283.4735
**E-Mail:** DavidLopezEsq@aol.com
Attorney for Plaintiff

Daniel E. Doherty, Esq.
7300 W. 110th Street, Suite 925
Overland Park, Kansas 66210
**Phone:** 913.338.7182
**Fax:** 913.338.7164
**E-Mail:** ded-law@ddoherty.net
Attorney for Plaintiff  (*Pro Hac Vice* pending)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-12-08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH DONOGHUE,

         Plaintiff,         07 Civil 8550 (L.B.S.)

- against -

LOCAL.COM CORPORATION and
HEARST COMMUNICATIONS, INC.,

         Defendants.

---

### STIPULATION AND ORDER SETTING BRIEFING SCHEDULE
### FOR MOTION TO DISMISS BROUGHT BY
### HEARST COMMUNICATIONS, INC.

A Motion To Dismiss Upon The Pleadings having been brought by Hearst Communications, Inc., the parties to that motion agree to the following briefing schedule:

Plaintiff shall file papers in opposition no later than Thursday, February 28, 2008.

Movant shall file its reply no later than Monday, March 10, 2008.

Oral argument shall be held in accordance with Judge Sand's Individual Rules of Practice on Thursday, March 13, 2008.

**IT IS SO STIPULATED.**

DAVID LOPEZ, ESQ.

By: /s/ David Lopez
David Lopez
171 Edge of Woods Road
P.O. Box 323
Tel:   631.297.5520
Fax:   631.283.4735
DavidLopezEsq@aol.com
Attorney For Plaintiff

GREENBERG TRAURIG, LLP

By: /s/ William Wargo
William Wargo
200 Park Avenue
New York, New York 10166
Tel:   212.801.9200
Fax:   212.801.6400
WargoW@gtlaw.com
Attorney For Hearst Communications, Inc.

SO ORDERED: /s/

Leonard B. Sand, U.S.D.J.
New York, New York
February    , 2008
March 12