DAVID LOPEZ, ESQ. (DL–6799)
DAVID LOPEZ ATTORNEY AT LAW
171 Edge of Woods Road
PO Box 323
Southampton, NY 11969–0323
**Phone:** 631.287.5520
**Fax:** 631.283.4735
**Email:** DavidLopezEsq@aol.com
ATTORNEY FOR PLAINTIFF

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,
*Plaintiff*

v.

LOCAL.COM CORPORATION, *et. al.*,
*Defendant*

**Case:** 07 Civil 8550 (LBS)

MOTION FOR ADMISSION
PRO HAC VICE

## MOTION FOR ADMISSION PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Daniel E. Doherty, Esq.
Law Offices of Daniel E. Doherty
7300 W. 110th Street, Suite 925
Overland Park, KS 66210
913.338.7182 (Phone)
913.338.7164 (Fax)

1

1.    Daniel E. Doherty, Esq., is a member in good standing of the Bars of the States of Kansas and Missouri.

2.    There are no pending disciplinary proceeding against Daniel E. Doherty, Esq., in any State or Federal court.

3.    In support of this Motion, I have attached Certificates of Good Standing for Mr. Doherty from the state bars of Kansas and Missouri, my Affidavit in Support of this Motion, and a proposed Order for Admission.

4.    This motion shall be returnable before the Hon. Leonard B. Sand at the courthouse, 500 Pearl Street, New York, New York on Thursday, May .8. , 2008 at 2:15 P.M. in Courtroom 15-A.

*Southampton, New York*

Dated: *April 22, 2008.*          Respectfully submitted,

David Lopez, Esq.

2

DAVID LOPEZ, ESQ. (DL-6779)
171 Edge of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Tel:    631.287.5520
Fax:    631.283.4735
e-Mail: DavidLopezEsq@aol.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
_____

DEBORAH DONOGHUE,

       Plaintiff,

   - against -

LOCAL.COM CORPORATION and
HEARST COMMUNICATIONS, INC.

       Defendants.
_____/

Case No. 07 Civil 8550 (LBS)

Affidavit of David Lopez
In Support of Motion for
Admission *Pro Hac Vice*

State of New York  )
               :ss
County of Suffolk  )

    DAVID LOPEZ, being first duly sworn, deposes and says:

    1.      I am the movant of the admission *pro hac vice* of Daniel Doherty, Esq.

    2.      I am a member in good standing of the bar of the United States District Court for the Southern District of New York.

    3.      The applicant, Daniel E. Doherty, Esq. is known to me and is a person of high moral character.

4.     Certificates of good standing at the bars of the states of Missouri and

Kansas are appended to the motion.

David Lopez

Sworn before me this
22nd day of April, 2008.

Notary Public

ANTHONY VALLE
NOTARY PUBLIC, State of New York
No. 01VA5010881, Suffolk County
Commission Expires April 12, 20 11

EXHIBIT A

**Certificate of Good Standing
from the
Supreme Court of Kansas**

# The Supreme Court of Kansas



# Certificate of Good Standing

I, **Carol G. Green**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on _____ September 30, 1986 _____,

### DANIEL EUGENE DOHERTY

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

**ACTIVE STATUS**

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this ___14TH___ day of ___April___ ___2008___.

_Carol G. Green_
Clerk of the Supreme Court of Kansas

EXHIBIT B

**Certificate of Good Standing
from the
Supreme Court of Missouri**

# The Supreme Court of Missouri



## Certificate of Admission as an
## Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on September 24, 1983,

### Daniel E. Doherty

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 4th.day of April, 2008.

Clerk of the Supreme Court of Missouri

## Certificate of Service

I have, on the date set forth above my signature, served copies of the foregoing *Motion for Admission Pro Hac Vice* upon the below-listed individuals by depositing a copy thereof to each of them with the United States mail, postage prepaid, in envelopes addressed as set forth below respecively to each of them, which addresses are the last addresses of them known to me.

Jonathan L. Fried, Esq.
Kramer   Levin   Naftalis   &
Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Alan Mansfield, Esq.
Greenberg Traurig LLP
200 Park Avenue, 39th Floor
New York, NY 10166

William A. Wargo, Esq.
Greenberg Traurig LLP
200 Park Avenue, 39th Floor
New York, NY 10166

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: *April* 22, *2008*

David Lopez, Esq.

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,
*Plaintiff*

v.

LOCAL.COM CORPORATION, *et. al.*,
*Defendant*

**Case:** 07 Civil 8550 (LBS)

ORDER FOR ADMISSION
PRO HAC VICE

ORDER FOR ADMISSION PRO HAC VICE

IT IS ORDERED that Daniel E. Doherty be admitted to the bar of this Court *pro hac vice* as additional counsel for plaintiff in this action.

*Dated:* . . . . . . . . . . . . . . .
*New York, New York*

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Judge Leonard B. Sand

1

## Certificate of Service

I have, on the date set forth above my signature, served copies of the foregoing *Proposed Order for Admission Pro Hac Vice* upon the below-listed individuals by depositing a copy thereof to each of them with the United States mail, postage prepaid, in envelopes addressed as set forth below respecively to each of them, which addresses are the last addresses of them known to me.

Jonathan L. Fried, Esq.
Kramer    Levin    Naftalis    &
Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Alan Mansfield, Esq.
Greenberg Traurig LLP
200 Park Avenue, 39th Floor
New York, NY 10166

William A. Wargo, Esq.
Greenberg Traurig LLP
200 Park Avenue, 39th Floor
New York, NY 10166

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: *April* 22 *2008*

David Lopez, Esq.

1

**Certificate of Service**

I have, on the date set forth above my signature, served copies of the foregoing *Affidavit of David Lopez in Support of Motion Pro Hac Vice* upon the below-listed individuals by depositing a copy thereof to each of them with the United States mail, postage prepaid, in envelopes addressed as set forth below respecively to each of them, which addresses are the last addresses of them known to me.

Jonathan L. Fried, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Alan Mansfield, Esq.
Greenberg Traurig LLP
200 Park Avenue, 39th Floor
New York, NY 10166

William A. Wargo, Esq.
Greenberg Traurig LLP
200 Park Avenue, 39th Floor
New York, NY 10166

I certify under penalty of perjury that the foregoing is true and correct.

Executed on: *April 22, 2008*

David Lopez, Esq.

1