USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-30-08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,
  *Plaintiff*

v.

LOCAL.COM CORPORATION, *et. al.*,
  *Defendant*

**Case:** 07 Civil 8550 (LBS)

ORDER FOR ADMISSION
PRO HAC VICE

ORDER FOR ADMISSION PRO HAC VICE

IT IS ORDERED that Daniel E. Doherty be admitted to the bar of this Court *pro hac vice* as additional counsel for plaintiff in this action.

Dated: 4/30/08
New York, New York

Judge Leonard B. Sand