

**MEMO ENDORSED**

DAVID LOPEZ, ESQ. (DL–6799)
DAVID LOPEZ ATTORNEY AT LAW
171 Edge of Woods Road
PO Box 323
Southampton, NY 11969–0323
**Phone:** 631.287.5520
**Fax:** 631.283.4735
**Email:** DavidLopezEsq@aol.com
ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,
  *Plaintiff*

  v.

LOCAL.COM CORPORATION, *et. al.*,
  *Defendant*

**Case:** 07 Civil 8550 (LBS)

MOTION FOR ADMISSION
PRO HAC VICE

MOTION FOR ADMISSION PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

  Daniel E. Doherty, Esq.
  Law Offices of Daniel E. Doherty
  7300 W. 110th Street, Suite 925
  Overland Park, KS 66210
  913.338.7182 (Phone)
  913.338.7164 (Fax)

1

**MEMO ENDORSED**