USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-8-08

## MEMORANDUM

TO:      Daniel Doherty, Esq., Law Offices of Daniel E. Doherty
         David Lopez, Esq., Law Offices of David Lopez
         Jonathan Fried, Esq. Kramer Levin Naftalis & Frankel, LLP
         Gardiner S. Barone, Esq., Blustein, Shapiro & Rich, LLP
         William A. Wargo, Esq., Greenberg Traurig, LLP

FROM:    Judge Leonard B. Sand

DATE:     July 7, 2008

RE:        <u>Donoghue v. Local.Com Corp. and Hearst Communications, Inc.</u>, 07 Civ. 8550 (LBS)

       The purpose of this memorandum is to make full disclosure of my recent contact with the Hearst Corporation.

       On the occasion of my 80th birthday and 30th anniversary as a Judge my former law clerks and staff members gave me a party and a case of wine. Until a few days before the event I was not told that this was in preparation and was not aware until the day of the party that it was being held at the Hearst office building. The party was held on May 25, 2008. As you know Eve Burton, General Counsel of Hearst served as a law clerk of mine in 1990 - 1991. Ms. Burton was an active member of the party preparation committee. All of the expenses in connection with the party and gift were borne by the former law clerks, fifty of whom attended the event.

       I do not believe that these circumstances will impact in any way upon my impartiality in presiding over the above cited case or cause me either to favor Hearst or to lean over backwards to avoid the appearance of doing so. However I thought it appropriate to place these facts on the record so that either party may, if it wishes, move that I recuse myself which motion if made promptly will receive my careful consideration.

                                               Leonard B. Sand
                                               U.S. District Judge