# DAVID LOPEZ

ATTORNEY AT LAW

171 EDGE OF WOODS ROAD
SOUTHAMPTON, NEW YORK 11968

MAILING ADDRESS:
P.O. BOX 323
SOUTHAMPTON, NEW YORK 11969-0323

TELEPHONE (631) 287-5520
FACSIMILE (631) 283-4735
E-MAIL DAVIDLOPEZSQ@AOL.COM

July 9, 2008

Hon. Leonard B. Sand
Judge, U.S. District Court
Southern District of New York
Moynihan U.S. Federal Courthouse
500 Pearl Street
New York, New York 10007

Re:   **Donoghue vs. Local.com Corporation and Hearst Communications, Inc.**
      **07 Civil 8550 (LBS) // Memorandum of July 7, 2008 // Document # 32**

Your Honor:

As one of plaintiff's counsel I respectfully respond to Your Honor's Memorandum of July 7, 2008, Document # 32.

Plaintiff's counsel join in the good wishes extended to you on your 80th birthday and your 30th anniversary as a judge.

Ms. Burton very properly informed us of her having served as your law clerk at the time of our first meeting in 2007. The re-engineered Hearst Building is a striking piece of adaptive architecture well worth a detour.

We see nothing in the tribute paid to you by your former law clerks, notwithstanding its venue, that would warrant a motion for recusal and we have no intention of making one.

We hope to move on with the case on its current briefing schedule.

Very truly yours,

David Lopez

DL/el
cc:   All Counsel Through ECF Filing