**Kumararatne, Rushika**

| | |
|---|---|
| **From:** | Dundas, Derek |
| **Sent:** | Tuesday, July 31, 2007 3:55 PM |
| **To:** | Kumararatne, Rushika |
| **Subject:** | FW: LOCM Deal Signature Pages |

Derek D. Dundas
**Rutan & Tucker, LLP**
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626
(714) 641-3487 direct
714-546-9035 Fax
ddundas@rutan.com
www.rutan.com

Any tax advice contained in the body of this e-mail was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

**Privileged And Confidential Communication.**
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

-----Original Message-----
**From:** Adam Epstein [mailto:aepstein@enablecapital.com]
**Sent:** Tuesday, July 31, 2007 3:53 PM
**To:** dnorman@local.com; Dundas, Derek
**Cc:** George Antonopoulos; Yoav Roth; william.cassin@srz.com
**Subject:** LOCM Deal Signature Pages

Gentlemen:

Attached is a .pdf file containing the signature pages, and buyer's schedule for the private placement financing. Please email the Company's executed signature pages at your first convenience.

Thanks.

Best,

Adam


Adam Epstein, Principal
Enable Capital Management, LLC
One Ferry Building, Suite 255
San Francisco, CA 94111

p: 415.677.1579
f: 415.677.1580
aepstein@enablecapital.com

LCL 000257

IN WITNESS WHEREOF, each Buyer and the Company have caused their respective signature page to this Securities Purchase Agreement to be duly executed as of the date first written above.

                                                **Enable Growth Partners LP**

                                                By: _____
                                                Name: Adam Epstein
                                                Title: Principal

                                                Shares Received: <u>850,000</u>

                                                Purchase Price: <u>$4,675,000</u>

                                                Warrants: <u>340,000</u>

IN WITNESS WHEREOF, each Buyer and the Company have caused their respective signature page to this Securities Purchase Agreement to be duly executed as of the date first written above.

                          Enable Opportunity Partners LP

                          By: _____
                              Name: Adam Epstein
                              Title: Principal

                          Shares Received: <u>100,000</u>

                          Purchase Price: <u>$550,000</u>

                          Warrants: <u>40,000</u>

10472339.8

[Signature Page to Securities Purchase Agreement]

LCL 000259

**IN WITNESS WHEREOF,** each Buyer and the Company have caused their respective signature page to this Securities Purchase Agreement to be duly executed as of the date first written above.

**Pierce Diversified Strategy Master Fund LLC, Ena**

By: _____
Name: Adam Epstein
Title: Principal

Shares Received: <u>50,000</u>

Purchase Price: <u>$275,000</u>

Warrants: <u>20,000</u>

10472339.8

[Signature Page to Securities Purchase Agreement]

LCL 000260

## Kumararatne, Rushika

**From:** Cassin, William [William.Cassin@srz.com]
**Sent:** Tuesday, July 31, 2007 10:21 PM
**To:** Kumararatne, Rushika
**Subject:** Hudson Signature Pages

Rushika,

As discussed.

Please send me an email that the SPA and RRA sig pages are released from escrow, jus to be formal.

thanks
Bill

*******************************************************************
U.S. Treasury Circular 230 Notice: Any U.S. federal tax advice included in this
communication was not intended or written to be used, and cannot be used, for the
purpose of avoiding U.S. federal tax penalties.
*******************************************************************


NOTICE

This e-mail message is intended only for the named recipient(s) above. It may
contain confidential information that is privileged or that constitutes attorney
work product.  If you are not the intended recipient, you are hereby notified that
any dissemination, distribution or copying of this e-mail and any attachment(s) is
strictly prohibited.  If you have received this e-mail in error, please immediately
notify the sender by replying to this e-mail and delete the message and any
attachment(s) from your system.  Thank you.
==================================================================

LCL 000281

    **IN WITNESS WHEREOF,** each Buyer and the Company have caused their respective signature page to this Securities Purchase Agreement to be duly executed as of the date first written above.

**BUYERS:**

**HUDSON BAY FUND LP**

By: _____
Name: Yoav Roth
Title: Principal and Portfolio Manager

IN WITNESS WHEREOF, each Buyer and the Company have caused their respective signature page to this Registration Rights Agreement to be duly executed as of the date first written above.

BUYERS:

HUDSON BAY FUND LP

By: _____
Name: Yoav Roth
Title: Principal and Portfolio Manager

10472536.3

[Signature Page to Registration Rights Agreement]

LCL 000283

IN WITNESS WHEREOF, each Buyer and the Company have caused their respective signature page to this Securities Purchase Agreement to be duly executed as of the date first written above.

BUYERS:

HUDSON BAY OVERSEAS FUND, LTD.

By: _____
Name: YOAV ROTH
Title: PRINCIPAL AND PORTFOLIO MANAGER

10472339.7

[Signature Page to Securities Purchase Agreement]

LCL 000284

IN WITNESS WHEREOF, each Buyer and the Company have caused their respective signature page to this Registration Rights Agreement to be duly executed as of the date first written above.

BUYERS:

HUDSON BAY OVERSEAS FUND LTD

By: _____
Name: Yoav Roth
Title: Principal and Portfolio Manager

10472536.3

[Signature Page to Registration Rights Agreement]

LCL 000285