advice (2)

Incoming Wire-Advice of Credit
Your account has been credited for the following wire transfer.
Direct inquiries to (800) 215-6060.

Transaction Date:
08/01/2007

Amount:
5,097,950.00

*Common 9.27*
*APIC 5,097,940.73*

Exchange Rate:
1.000

Instructed Amount:
5,097,950.00 - USD

Wire Ref #:
20072130296600

Fed Ref #:
20070801L1B77D1C00104708011331FT01

Beneficiary Info:
3300269965
LOCAL.COM
ATTN: GEORGIA THOMPSON
ATTN GEORGIA THOMPSON
ONE TECHNOLOGY DR EAST STE G
IRVINE, CA 92618

Sender Bank ID:
026007993

Sender Bank Name:
UBS AG NYC

Originator Info:
UBS SECURITIES LLC
RFB:
UBSCUS01041837H1

OBI:
LOCM - HUDSON BAY OVERSEAS FUND LTD


Message Text:{1100}02P N

{1110}08011331FT01

{1120}20070801L1B77D1C00104708011331FT01

{1510}1000

{1520}20070801B6B7IK2C003417

{2000}000509795000

{3100}026007993UBS AG NYC*

{3320}US01213KU0788303*

{3400}121140399SILICON VALLEY BAN*

Page 1

Exhibit No. 11
5-15-08

FINK & CARNEY
CERTIFIED STENOTYPE REPORTERS
39 West 37th Street, 6th Floor NYC 10018  (212) 869-1500

LCL 000042

advice (2)

{3600}CTR

{3710}USD5097950,*

{4200}D3300269965*

LOCAL.COM CORPORATION*

{4320}UBSCUS01041837H1*

{5000} *

UBS SECURITIES LLC*

{5100}BUBSWUS33SCI*

{6000}LOCM - HUDSON BAY OVERSEAS FUND LTD*


Please do not respond to this email as this mailbox
is not set-up to receive incoming emails.

LCL    000043

advice (3)

Incoming Wire-Advice of Credit
Your account has been credited for the following wire transfer.
Direct inquiries to (800) 215-6060.

Transaction Date:
08/01/2007

Amount:
2,365,000.00

*[handwritten: Common 4.30]*
*[handwritten: APIC 2,364,995.70]*

Exchange Rate:
1.000

Instructed Amount:
2,365,000.00 - USD

Wire Ref #:
20072130491800

Fed Ref #:
20070801L1B77D1C00135508011604FT01

Beneficiary Info:
3300269965
LOCAL.COM
ATTN: GEORGIA THOMPSON
ATTN GEORGIA THOMPSON
ONE TECHNOLOGY DR EAST STE G
IRVINE, CA  92618

Sender Bank ID:
026007993

Sender Bank Name:
UBS AG NYC

Originator Info:
UBS SECURITIES LLC
RFB:
UBSCUS01039727H1

OBI:
LOCM - HUDSON BAY FUND LP


Message Text:{1100}02P N

{1110}08011604FT01

{1120}20070801L1B77D1C00135508011604FT01

{1510}1000

{1520}20070801B6B7IK2C005577

{2000}000236500000

{3100}026007993UBS AG NYC*

{3320}US01213KU0792432*

{3400}121140399SILICON VALLEY BAN*

Page 1

LCL    000044

advice (3)

{3600}CTR

{3710}USD2365000,*

{4200}D3300269965*

LOCAL.COM CORPORATION*

{4320}UBSCUS01039727H1*

{5000} *

UBS SECURITIES LLC*

{5100}BUBSWUS33SCI*

{6000}LOCM - HUDSON BAY FUND LP*

Please do not respond to this email as this mailbox is not set-up to receive incoming emails.

LCL    000045

advice (2)

Incoming Wire-Advice of Credit
Your account has been credited for the following wire transfer.
Direct inquiries to (800) 215-6060.

Transaction Date:
08/01/2007

Amount:
4,675,000.00

Exchange Rate:
1.000

Instructed Amount:
0.00 -

Wire Ref #:
20072130420500

Fed Ref #:
20070801L1B77D1C00120108011507FT01

Beneficiary Info:
3300269965
LOCAL.COM
ATTN: GEORGIA THOMPSON
ATTN GEORGIA THOMPSON
ONE TECHNOLOGY DR EAST STE G
IRVINE, CA  92618

Sender Bank ID:
021000018

Sender Bank Name:
BK OF NYC

Originator Info:
ENABLE GROWTH PARTNERS LP
ONE FERRY BUILDING STE 255

SAN FRANCISCO CA  94111-4243


OBI:
ENABLE GROWTH PTRS LP

PRIVATE INVESTMENT


Message Text:{1100}02P N

{1110}08011507FT01

{1120}20070801L1B77D1C00120108011507FT01

{1510}1000

{1520}20070801B1Q8153C008325

{2000}000467500000

{3100}021000018BK OF NYC*

*[handwritten annotations:]* Common 8.50
APIC 4,674,991.50

Page 1

advice (2)

{3320}FTJ0708013727844*

{3400}121140399SIL VLY BK SCLA*

{3600}CTR

{4200}D3300269965*

LOCAL.COM CORP*

USA*

{5000} *

ENABLE GROWTH PARTNERS LP*

ONE FERRY BUILDING STE 255*

SAN FRANCISCO CA   94111-4243*

{5100}D8900007001*

JEFFERIES & COMPANY, INC.*

HARBORSIDE FINANCIAL CENTER*

705 PLAZA THREE, 7TH FLOOR*

JERSEY CITY, NJ 07303-0469*

{6000}ENABLE GROWTH PTRS LP*

PRIVATE INVESTMENT*


Please do not respond to this email as this mailbox
is not set-up to receive incoming emails.

LCL   000047

advice (2)

Incoming Wire-Advice of Credit
Your account has been credited for the following wire transfer.
Direct inquiries to (800) 215-6060.

Transaction Date:
08/01/2007

Amount:
550,000.00

*Common 1.00*

Exchange Rate:
1.000

*APIC 549,999.00*

Instructed Amount:
0.00 -

Wire Ref #:
20072130420400

Fed Ref #:
20070801L1B77D1C00120008011507FT01

Beneficiary Info:
3300269965
LOCAL.COM
ATTN: GEORGIA THOMPSON
ATTN GEORGIA THOMPSON
ONE TECHNOLOGY DR EAST STE G
IRVINE, CA  92618

Sender Bank ID:
021000018

Sender Bank Name:
BK OF NYC

Originator Info:
ENABLE OPPORTUNITY PARTNERS LP
ATTN MITCH LEVINE

ONE FERRY BUILDING SUITE 255

SAN FRANCISCO CA  94111-4243


OBI:
ENABLE OPPORTUNTY PTRS LP

PRIVATE PLACEMENT


Message Text:{1100}02P N

{1110}08011507FT01

{1120}20070801L1B77D1C00120008011507FT01

{1510}1000

{1520}20070801B1Q8154C008633

{2000}000055000000

Page 1

advice (2)

{3100}021000018BK OF NYC*

{3320}FTJ0708013727944*

{3400}121140399SIL VLY BK SCLA*

{3600}CTR

{4200}D3300269965*

LOCAL.COM CORP*

USA*

{5000} *

ENABLE OPPORTUNITY PARTNERS LP*

ATTN MITCH LEVINE*

ONE FERRY BUILDING SUITE 255*

SAN FRANCISCO CA  94111-4243*

{5100}D8900007001*

JEFFERIES & COMPANY, INC.*

HARBORSIDE FINANCIAL CENTER*

705 PLAZA THREE, 7TH FLOOR*

JERSEY CITY, NJ 07303-0469*

{6000}ENABLE OPPORTUNTY PTRS LP*

PRIVATE PLACEMENT*


Please do not respond to this email as this mailbox is not set-up to receive incoming emails.

Page 2

LCL    000049

advice (2)

Incoming Wire-Advice of Credit
Your account has been credited for the following wire transfer.
Direct inquiries to (800) 215-6060.

Transaction Date:
08/01/2007

Amount:
275,000.00

Exchange Rate:
1.000

Instructed Amount:
0.00 -

Wire Ref #:
20072130420300

Fed Ref #:
20070801L1B77D1C00119908011507FT01

Beneficiary Info:
3300269965
LOCAL.COM
ATTN: GEORGIA THOMPSON
ATTN GEORGIA THOMPSON
ONE TECHNOLOGY DR EAST STE G
IRVINE, CA  92618

Sender Bank ID:
021000018

Sender Bank Name:
BK OF NYC

Originator Info:
PIERCE DIVERSIFIED STRATEGY
MASTER FUND LLC

ATTN   GENERAL COUNSEL

C/O PIERCE STREET ADVSRS LLC


OBI:
PIERCE DIVERSIFIED STRATEGY

PRIVATE PLACEMENT


Message Text:{1100}02P N

{1110}08011507FT01

{1120}20070801L1B77D1C00119908011507FT01

{1510}1000

{1520}20070801B1Q8151C007790

{2000}000027500000

Common .50 / APIC 274,999.50

Page 1

LCL   000050

advice (2)

{3100}021000018BK OF NYC*

{3320}FTJ0708013728044*

{3400}121140399SIL VLY BK SCLA*

{3600}CTR

{4200}D3300269965*

LOCAL.COM CORP*

USA*

{5000} *

PIERCE DIVERSIFIED STRATEGY*

MASTER FUND LLC*

ATTN  GENERAL COUNSEL*

C/O PIERCE STREET ADVSRS LLC*

{5100}D8900007001*

JEFFERIES & COMPANY, INC.*

HARBORSIDE FINANCIAL CENTER*

705 PLAZA THREE, 7TH FLOOR*

JERSEY CITY, NJ 07303-0469*

{6000}PIERCE DIVERSIFIED STRATEGY*

PRIVATE PLACEMENT*


Please do not respond to this email as this mailbox is not set-up to receive incoming emails.

LCL   000051