REDACTED

---

**From:** David Katzoff
**Sent:** Wednesday, August 01, 2007 1:45 PM
**To:** 'Rich Tilton'
**Cc:** 'Kumararatne, Rushika'
**Subject:** Local.com stock issuance

We have received payment for the common shares referenced in our issuance letter dated August 1, 2007.

You may release the certificates.

David J. Katzoff
Local.com Corporation
Direct dial (office): 949-789-5297
Mobile: 714-227-1338

Exhibit No. 4
5-15-08
FINK & CARNEY
CERTIFIED STENOTYPE REPORTERS
39 West 37th Street, 6th Floor NYC 10018   (212) 869-1500

3/24/2008

LCL   000031