SEC Form 4

# FORM 4

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

| OMB APPROVAL |
| --- |
| OMB Number: 3235-0287 |
| Expires: January 31, 2008 |
| Estimated average burden hours per response 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1 (b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934, Section 17(a) of the Public Utility Holding Company Act of 1935 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person* HEARST COMMUNICATIONS INC | 2. Issuer Name and Ticker or Trading Symbol LOCAL.COM [ LOCM ] | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| (Last)  (First)  (Middle) 300 WEST 57TH STREET | 3. Date of Earliest Transaction (Month/Day/Year) 07/24/2007 | Director ___  X 10% Owner Officer (give title below) ___  Other (specify below) ___ |
| (Street) NEW YORK  NY  10019 (City) (State) (Zip) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) ___ Form filed by One Reporting Person X Form filed by More than One Reporting Person |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 07/24/2007 | | S | | 34,800 | D | $8 | 373,968 | D(1) | |
| Common Stock | 07/24/2007 | | S | | 2,300 | D | $8.01 | 371,668 | D(1) | |
| Common Stock | 07/24/2007 | | S | | 500 | D | $8.02 | 371,168 | D(1) | |
| Common Stock | 07/24/2007 | | S | | 600 | D | $8.025 | 370,568 | D(1) | |
| Common Stock | 07/24/2007 | | S | | 3,300 | D | $8.04 | 367,268 | D(1) | |
| Common Stock | 07/24/2007 | | S | | 7,200 | D | $8.05 | 360,068 | D(1) | |
| Common Stock | 07/24/2007 | | S | | 1,100 | D | $8.06 | 358,968 | D(1) | |
| Common Stock | 07/24/2007 | | S | | 3,000 | D | $8.065 | 355,968 | D(1) | |
| Common Stock | 07/24/2007 | | S | | 2,400 | D | $8.07 | 353,568 | D(1) | |
| Common Stock | 07/24/2007 | | S | | 700 | D | $8.08 | 352,868 | D(1) | |
| Common Stock | 07/24/2007 | | S | | 100 | D | $8.09 | 352,768 | D(1) | |
| Common Stock | 07/24/2007 | | S | | 9,700 | D | $8.1 | 343,068 | D(1) | |
| Common Stock | 07/24/2007 | | S | | 1,300 | D | $8.11 | 341,768 | D(1) | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Common Stock | 07/24/2007 | | S | 3,100 | D | $8.2 | 338,668 | D(1) |
| Common Stock | 07/24/2007 | | S | 3,500 | D | $8.25 | 335,168 | D(1) |
| Common Stock | 07/24/2007 | | S | 2,700 | D | $8.26 | 332,468 | D(1) |
| Common Stock | 07/24/2007 | | S | 500 | D | $8.27 | 331,968 | D(1) |
| Common Stock | 07/24/2007 | | S | 46 | D | $8.28 | 331,922 | D(1) |
| Common Stock | 07/25/2007 | | S | 13,635 | D | $8 | 318,287 | D(1) |
| Common Stock | 07/25/2007 | | S | 1,600 | D | $8.03 | 316,687 | D(1) |
| Common Stock | 07/25/2007 | | S | 1,700 | D | $8.04 | 314,987 | D(1) |
| Common Stock | 07/25/2007 | | S | 900 | D | $8.05 | 314,087 | D(1) |
| Common Stock | 07/25/2007 | | S | 8,000 | D | $8.06 | 306,087 | D(1) |
| Common Stock | 07/25/2007 | | S | 300 | D | $8.07 | 305,787 | D(1) |
| Common Stock | 07/25/2007 | | S | 3,400 | D | $8.09 | 302,387 | D(1) |
| Common Stock | 07/25/2007 | | S | 300 | D | $8.1 | 302,087 | D(1) |

**Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned**
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | |

| 1. Name and Address of Reporting Person* |
|---|
| HEARST COMMUNICATIONS INC |
| (Last)   (First)   (Middle) |
| 300 WEST 57TH STREET |
| (Street) |
| NEW YORK   NY   10019 |
| (City)   (State)   (Zip) |

| 1. Name and Address of Reporting Person* |
|---|
| HEARST MAGAZINES PROPERTY INC |
| (Last)   (First)   (Middle) |
| 959 8TH AVE |

(Street)

NEW YORK   NY   10019

(City)   (State)   (Zip)

1. Name and Address of Reporting Person*

COMMUNICATIONS DATA SERVICES INC

(Last)   (First)   (Middle)

1901 BELL AVENUE

(Street)

DES MOINES   IA   50315

(City)   (State)   (Zip)

1. Name and Address of Reporting Person*

HEARST HOLDINGS INC

(Last)   (First)   (Middle)

300 WEST 57TH STREET

(Street)

NEW YORK   NY   10019

(City)   (State)   (Zip)

1. Name and Address of Reporting Person*

HEARST CORP

(Last)   (First)   (Middle)

300 WEST 57TH STREET

(Street)

NEW YORK   NY   10019

(City)   (State)   (Zip)

1. Name and Address of Reporting Person*

HEARST FAMILY TRUST

(Last)   (First)   (Middle)

HEARST CORP
888 SEVENTH AVE

(Street)

NEW YORK   NY   10016

| (City) | (State) | (Zip) |

**Explanation of Responses:**

1. Hearst Communications, Inc. is the direct owner of such common stock of the Issuer (the "Securities"). Hearst Communications, Inc. is a subsidiary of Hearst Magazines Property, Inc. and Hearst Holdings, Inc. Hearst Magazines Property, Inc. is a wholly-owned subsidiary of Communications Data Services, Inc. Communications Data Services, Inc. is a wholly-owned subsidiary of Hearst Holdings, Inc. Hearst Holdings, Inc. is a wholly-owned subsidiary of The Hearst Corporation. The Hearst Family Trust is the sole shareholder of The Hearst Corporation. Under Rule 16a-1 of the Exchange Act, Hearst Magazines Property, Inc., Communications Data Services, Inc., Hearst Holdings, Inc., The Hearst Corporation, and The Hearst Family Trust may also be deemed to be beneficial owners of the Securities.

| | |
|---|---|
| /s/ James M. Asher, Hearst Communications, Inc., Senior Vice President | 07/26/2007 |
| /s/ James M. Asher, Hearst Magazines Property, Inc., Vice President | 07/26/2007 |
| /s/ James M. Asher, Communications Data Services, Inc., Vice President | 07/26/2007 |
| /s/ James M. Asher, Hearst Holdings, Inc., Senior Vice President | 07/26/2007 |
| /s/ James M. Asher, The Hearst Corporation, Senior Vice President | 07/26/2007 |
| /s/ Frank A. Bennack, Jr., The Hearst Family Trust, Trustee | 07/26/2007 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**