IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,
    *Plaintiff*

v.

LOCAL.COM CORPORATION, *et. al.*,
    *Nominal Defendant*

**Case:** 07 Civil 8550 (LBS)

ENTRY OF APPEARANCE

ENTRY OF APPEARANCE

Please note my appearance as additional counsel for plaintiff in the above-captioned case.

Dated: *July 30, 2008.*

Respectfully submitted,

/s/ Daniel E. Doherty
............................................................
Daniel E. Doherty, Esq.
7300 W. 110th Street, Suite 925
Overland Park, KS 66210
**Phone:** 913.338.7182
**Fax:** 913.338.7164
**Email:** ded-law@ddoherty.net