David Lopez, Esq.
171 Edge of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Phone:      631.287.5520
Fax:        631.283.4735
E-Mail:     DavidLopezEsq@aol.com
Attorney for Plaintiff

Daniel E. Doherty, Esq.
7300 W. 110th Street, Suite 925
Overland Park, Kansas 66210
Phone:      913.338.7182
Fax:        913.338.7164
E-Mail:     ded-law@ddoherty.net
Attorney for Plaintiff *Pro Hac Vice*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEBORAH DONOGHUE,

                Plaintiff,           07 Civil 8550 (L.B.S.)

- against -

LOCAL.COM CORPORATION and
HEARST COMMUNICATIONS, INC.,

                Defendants.

---

NOTICE OF MOTION AND MOTION
FOR PARTIAL SUMMARY JUDGMENT
UNDER RULE 56, F.R.C.P
DISMISSING THE FIRST COUNTERCLAIM
OF HEARST COMMUNICATIONS, INC.

**PLEASE TAKE NOTICE** that Plaintiff will move the court before the Hon.

Leonard B. Sand, U.S. District Judge, at the Daniel Patrick Moynihan United States

Courthouse, 500 Pearl Street, New York, New York, on Thursday, September 4, 2008, at 2:15 P.M. in courtroom 15-A, for Summary Judgment to the benefit of Local.com Corporation dismissing the First Counterclaim (Breach of Contract) under Rule 56, F.R.C.P.

The grounds for this motion are that there are no disputed issues of material fact as to when Local.com issued shares thus making the Consent agreement with Hearst Communications, Inc. effective and that such issuance was not prior to such effectiveness. As such, there was no breach of contract and Plaintiff is entitled to judgment of dismissal of this counterclaim as a matter of law.

The motion is brought in reliance on the Plaintiff's Notice of Motion, Plaintiff's Memorandum of Law, Plaintiff's Local Civil Rule 56.1 Statement and Counterstatement and the Declaration of David Lopez, Esq. with attached exhibits, all dated July 30, 2008, and all prior papers and proceedings had herein.

Responsive papers are to be served in accordance with the Local Civil Rules.

Dated: Southampton, New York
July 30, 2008

/s/ David Lopez
David Lopez, Esq.
Attorney for Plaintiff

Dated: Overland Park, Kansas
July 30, 2008

/s/ Daniel E. Doherty
Daniel E. Doherty, Esq.
Attorney for Plaintiff *Pro Hac Vice*