# EXHIBIT U

# Submission Notification

```
Subject: ACCEPTED FORM TYPE 8-K (0000892569-07-000990)
Date: 01-Aug-2007 16:32

THE FOLLOWING SUBMISSION HAS BEEN ACCEPTED BY THE U.S. SECURITIES AND EXCHANGE
COMMISSION.

COMPANY:        LOCAL.COM
FORM TYPE:      8-K                    NUMBER OF DOCUMENTS: 8
RECEIVED DATE:  01-Aug-2007 16:31      ACCEPTED DATE:       01-Aug-2007 16:32
FILING DATE:    01-Aug-2007 16:31
TEST FILING:    NO                     CONFIRMING COPY:     NO

ACCESSION NUMBER: 0000892569-07-000990

FILE NUMBER(S):
   1. 000-50989

THE PASSWORD FOR LOGIN CIK 0000892569 WILL EXPIRE 15-Apr-2008 18:06.

PLEASE REFER TO THE ACCESSION NUMBER LISTED ABOVE FOR FUTURE INQUIRIES.

REGISTRANT(S):

   1. CIK:       0001259550
      COMPANY:   LOCAL.COM
      FORM TYPE: 8-K
      FILE NUMBER(S):
         1. 000-50989

ITEM(S):

   1. 1.01
   2. 3.02
   3. 9.01

------------------------------- NOTICE --------------------------------

URGENT: Verify that all of your addresses on the EDGAR database are
correct. An incorrect address in the EDGAR Accounting Contact Name
and Address information may result in your fee Account Activity
Statement being returned to the SEC as undeliverable. Please correct
outdated addresses via the EDGAR filing website.

The EDGAR system is available to receive and process filings from
6:00 a.m. to 10:00 p.m. Eastern Time on business days. Filer Support
staff members are available to respond to requests for assistance from
7:00 a.m. to 7:00 p.m. Eastern Time.

We strongly encourage you to visit the Filing Website at
https://www.edgarfiling.sec.gov. You can download our current version
of the EDGARLink/Windows software and templates, the Filer Manual,
receive on-line help, and access Frequently Asked Questions.
```

Exhibit No. 6
5-15-08

FINK & CARNEY
CERTIFIED STENOTYPE REPORTERS
39 West 37th Street, 6th Floor NYC 10018  (212) 869-1500

LCL 000053

https://www.edgarfiling.sec.gov/servlet/MultiHandlerServlet?session=b0302188631186000...  8/1/2007