# EXHIBIT V

Page 1 of 1

REDACTED

| | |
|---|---|
| From: | David Katzoff |
| Sent: | Wednesday, August 01, 2007 1:45 PM |
| To: | 'Rich Tilton' |
| Cc: | 'Kumararatne, Rushika' |
| Subject: | Local.com stock issuance |

We have received payment for the common shares referenced in our issuance letter dated August 1, 2007.

You may release the certificates.

David J. Katzoff
Local.com Corporation
Direct dial (office): 949-789-5297
Mobile: 714-227-1338

Exhibit No. 4
5-15-08

FINK & CARNEY
CERTIFIED STENOTYPE REPORTERS
39 West 37th Street, 6th Floor NYC 10018   (212) 869-1500

3/24/2008

LCL    000031