# EXHIBIT W

Message          Page 1 of 1

REDACTED

| | |
|---|---|
| From: | Rich Tilton [RichT@usstock.com] |
| Sent: | Wednesday, August 01, 2007 2:44 PM |
| To: | David Katzoff |
| Cc: | Kumararatne, Rushika |
| Subject: | RE: Local.com stock issuance |
| Attachments: | LOCM Certificates.PDF |

Please see attached.

Rich Tilton
U. S. Stock Transfer
1745 Gardena Ave
Glendale, CA 91204
Voice: (818) 502-1404 Ext 144
Fax: (818) 502-0674

-----Original Message-----
**From:** David Katzoff [mailto:dkatzoff@local.com]
**Sent:** Wednesday, August 01, 2007 1:45 PM
**To:** Rich Tilton
**Cc:** Kumararatne, Rushika
**Subject:** Local.com stock issuance

We have received payment for the common shares referenced in our issuance letter dated August 1, 2007.

You may release the certificates.

David J. Katzoff
Local.com Corporation
Direct dial (office): 949-789-5297
Mobile: 714-227-1338

Exhibit No. 5
5-15-08

FINK & CARNEY
CERTIFIED STENOTYPE REPORTERS
39 West 37th Street, 6th Floor NYC 10018  (212) 869-1500

3/24/2008

"THIS CERTIFICATE IS RESTRICTED FROM TRANSFER AS INDICATED ON REVERSE SIDE."

COMMON STOCK

NUMBER
LOCM 1033

INCORPORATED UNDER THE LAWS OF
THE STATE OF DELAWARE

# Local.com

**LOCAL.COM CORPORATION**

COMMON STOCK

SHARES
-583467-

CUSIP 53954R 10 5
SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT   -HUDSON BAY FUND LP-

is the record holder of   SHARES **583467**

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK, $0.00001 PAR VALUE PER SHARE, OF
**LOCAL.COM CORPORATION**

transferable on the books of the Corporation by the holder hereof in person or by duly authorized attorney upon surrender of this certificate properly endorsed. This certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.
WITNESS the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

DATED: AUG 0 1 2007

*Douglas S. No[...]*
CHIEF FINANCIAL OFFICER AND SECRETARY

[SEAL: LOCAL.COM CORPORATION CORPORATE SEAL 1999 DELAWARE]

CHIEF EXECUTIVE OFFICER AND CHAIRMAN

COUNTERSIGNED AND REGISTERED:
U.S. STOCK TRANSFER CORPORATION
TRANSFER AGENT AND REGISTRAR

BY:
AUTHORIZED SIGNATURE

THOMAS GREG & SONS

"THIS CERTIFICATE IS RESTRICTED FROM TRANSFER AS INDICATED ON REVERSE SIDE."

COMMON STOCK

NUMBER
LOCM1034

INCORPORATED UNDER THE LAWS OF
THE STATE OF DELAWARE

# Local.com

**LOCAL.COM CORPORATION**

COMMON STOCK

SHARES
-773433-

CUSIP 53954R 10 5
SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT    -HUDSON BAY OVERSEAS FUND LTD-

SHARES 773433

is the record holder of

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK, $0.00001 PAR VALUE PER SHARE, OF

**LOCAL.COM CORPORATION**

transferable on the books of the Corporation by the holder hereof in person or by duly authorized attorney upon surrender of this certificate properly endorsed. This certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.
WITNESS the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

DATED: AUG 0 1 2007

*Douglas S. Norman*
CHIEF FINANCIAL OFFICER AND SECRETARY

[SEAL: LOCAL.COM CORPORATION CORPORATE SEAL 1999 DELAWARE]

CHIEF EXECUTIVE OFFICER AND CHAIRMAN

COUNTERSIGNED AND REGISTERED:
U.S. STOCK TRANSFER CORPORATION
TRANSFER AGENT AND REGISTRAR

BY
AUTHORIZED SIGNATURE

THOMAS GREG & SONS

LCL 000034

"THIS CERTIFICATE IS RESTRICTED FROM TRANSFER AS INDICATED ON REVERSE SIDE."

COMMON STOCK

NUMBER
LOCM 1035

# LocaL.com™

COMMON STOCK

SHARES
-850000-

INCORPORATED UNDER THE LAWS OF
THE STATE OF DELAWARE

**LOCAL.COM CORPORATION**

CUSIP 53954R 10 5
SEE REVERSE FOR CERTAIN DEFINITIONS

THIS CERTIFIES THAT   -ENABLE GROWTH PARTNERS LP-

SHARES 850000

is the record holder of

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK, $0.00001 PAR VALUE PER SHARE, OF

===== LOCAL.COM CORPORATION =====

transferable on the books of the Corporation by the holder hereof in person or by duly authorized attorney upon surrender of this certificate properly endorsed. This certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.
WITNESS the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

DATED  AUG 0 1 2007

*Douglas S. Norm*
CHIEF FINANCIAL OFFICER AND SECRETARY

[SEAL: LOCAL.COM CORPORATION CORPORATE SEAL 1999 DELAWARE]

CHIEF EXECUTIVE OFFICER AND CHAIRMAN

COUNTERSIGNED AND REGISTERED:
U.S. STOCK TRANSFER CORPORATION
TRANSFER AGENT AND REGISTRAR

BY
AUTHORIZED SIGNATURE

THOMAS GREG & SONS

LCL 000035

"THIS CERTIFICATE IS RESTRICTED FROM TRANSFERS INDICATED ON REVERSE SIDE."

COMMON STOCK

NUMBER
LOCM 1036



INCORPORATED UNDER THE LAWS OF
THE STATE OF DELAWARE

**LOCALCOM CORPORATION**

THIS CERTIFIES THAT    -ENABLE OFORTUNITY PARTNERS LP-

is the record holder of    -ONE HUNDRED THOUSAND-

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK, $0.00001 PAR VALUE PER SHA

LOCL.COM CORPORATION

transferable on the books of the Corporation by the holder reof in person or by duly authorized attorney upon surrender of this endorsed. This certificate is not valid until countersigned b ne Transfer Agent and registered by the Registrar.
WITNESS the facsimile seal of the Corporation and the csimile signatures of its duly authorized officers.

DATED: AUG 9   2007

Douglas S. No___
CHIEF FINANCIAL OFFICER AND SECRETARY



CHIEF EXECUTIVE OFFICER A

THOMAN GRIM & SONS

LCL 000036

COMMON STOCK

NUMBER
LOCM 1037

Local.com™

COMMON STOCK

SHARES
50000

INCORPORATED UNDER THE LAWS OF
THE STATE OF DELAWARE

**LOCAL.COM CORPORATION**

CUSIP 53954R 10 5
SEE REVERSE FOR CERTAIN DEFINITIONS

"THIS CERTIFICATE IS RESTRICTED FROM TRANSFER AS INDICATED ON REVERSE SIDE."

THIS CERTIFIES THAT   -PIERCE DIVERSIFIED STRATEGY MASTER FUND LLC ENA-

is the record holder of   -FIFTY THOUSAND-

FULLY PAID AND NON-ASSESSABLE SHARES OF COMMON STOCK, $0.00001 PAR VALUE PER SHARE, OF
===== LOCAL.COM CORPORATION =====

transferable on the books of the Corporation by the holder hereof in person or by duly authorized attorney upon surrender of this certificate properly endorsed. This certificate is not valid until countersigned by the Transfer Agent and registered by the Registrar.
WITNESS the facsimile seal of the Corporation and the facsimile signatures of its duly authorized officers.

DATED: AUG 0 1 2007

*Douglas S. No____*
CHIEF FINANCIAL OFFICER AND SECRETARY

[LOCAL.COM CORPORATION CORPORATE SEAL 1999 DELAWARE]

CHIEF EXECUTIVE OFFICER AND CHAIRMAN

COUNTERSIGNED AND REGISTERED:
U.S. STOCK TRANSFER CORPORATION
TRANSFER AGENT AND REGISTRAR

BY:
AUTHORIZED SIGNATURE

LCL 000037