# EXHIBIT X

The NASDAQ Stock Market®

# Notification Form:
# Listing of Additional Shares

Please complete Parts I and II and only the applicable sections of Part III. See Part IV for a description of which notifications to NASDAQ® require this form. Part V contains information regarding the submission of this Notification. **Note:** For a reverse stock split, re-incorporation or change in the company's place of organization, the formation of a holding company and other similar exchange transactions, please use the *Notification Form: Substitution Listing Event*.

## PART I:  Company Information

COMPANY NAME  Local.com Corporation

CONTACT NAME  Douglas S. Norman                                    CONTACT TITLE  CFO/Secretary

TELEPHONE  949-784-0800          FACSIMILE  (949) 341-5396          E-MAIL  DNorman@local.com

TRANSFER AGENT  U.S. Stock Transfer Corporation

TELEPHONE  818-502-1404      FACSIMILE  818-502-0057      E-MAIL  richt@usstock.com

## PART II:  Security Information

1.  Issue listed on:
    ☐ NASDAQ Global Select Market℠     ☐ NASDAQ Global Market℠     ☒ NASDAQ Capital Market®

2.  NASDAQ issue symbol: LOCM          CUSIP*/CINS number:  53954R 10 5
    *CUSIP Service Bureau can be reached at 212.438.6565.

3.  Security class and description of NASDAQ-listed security: 2,356,900 shares of common stock, par value 0.00001 per share (the "Common Shares")and warrants to purchase approximately 942,760 shares of our common stock, par value 0.00001. Warrants to purchase approximately 471,380 shares of our common stock will be exercisable for 60 months after February 1, 2007 at an exercise price of $7.89 ("Series A Warrants").  Warrants to purchase approximately 471,380 shares of our common stock will be exercisable for 72 months after February 1, 2007 at an exercise price of $9.26 ("Series B Warrants," and together with the Series A Warrants, the "Warrants").

    Include par or stated value, warrant expiration date and exercise price, unit components and separation date, face amount and interest rate on convertible debt, and other issue specific information.

4.  Total shares outstanding before the plan(s)/issuance(s) (excludes Treasury stock): 11,784,656 (as of July 31, 2007)
    Total shares outstanding after the plan(s)/issuance(s) (excludes Treasury stock):   Approximately 14,141,556 upon closing and approximately 15,084,316 upon exercise of all the Warrants.

5.  Type of plan(s)/issuance(s): Please check appropriate item(s) and complete applicable direction(s) in Part III. For all plans/issuances, appropriate supporting documentation is required (as described on page 5).

    ☐ Public Offering*              ☐ Acquisition/Merger              ☐ Employee Stock Purchase Plan
    ☐ Underwriting Fees             ☐ Recapitalization               ☐ Employee Savings or 401(k)
    ☐ Rights Offering               ☐ Debt Conversion                ☐ Amendment to Existing Plan
    ☐ Subscription Offering         ☐ Preferred Stock Conversion     ☐ Inducement Grant
    ☐ Exchange Offering             ☐ Warrant Offering               ☐ Professional Services Agreement

Exhibit
No. _____ 8

5·15·08

FINK & CARNEY
CERTIFIED STENOTYPE REPORTERS
39 West 37th Street, 6th Floor NYC 10018    (212) 869-1500

LCL  000066