
David Lopez, Esq.
171 Edge of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
**Phone:** 631.287.5520
**Fax:** 631.283.4735
**E-Mail:** DavidLopezEsq@aol.com
Attorney for Plaintiff

Daniel E. Doherty, Esq.
7300 W. 110th Street, Suite 925
Overland Park, Kansas 66210
**Phone:** 913.338.7182
**Fax:** 913.338.7164
**E-Mail:** ded-law@ddoherty.net
Attorney for Plaintiff   (*Pro Hac Vice* pending)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

**DEBORAH DONOGHUE,**

                Plaintiff,              07 Civil 8550 (L.B.S.)

- against -

**LOCAL.COM CORPORATION and
HEARST COMMUNICATIONS, INC.,**

                Defendants.
_____/

**DECLARATION OF DAVID LOPEZ
IN OPPOSITION TO DEFENDANT HEARST COMMUNICATIONS, INC.'S
MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF
<u>PLAINTIFF'S CROSS MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

**DAVID LOPEZ**, an attorney duly admitted to the bar of the United States District Court for the Southern District of New York, hereby declares the following under penalty of perjury:

1. I am one of the attorneys for the Plaintiff in this action.

2. Attached hereto are true copies of the following documents:

    T. Transcript of the deposition of Douglas Norman taken May 15, 2008, in this action.

    U. Plaintiff's Exhibit 6 on the deposition.

    V. Plaintiff's Exhibit 4 on the deposition.

    W. Plaintiff's Exhibit 5 on the deposition.

    X. Plaintiff's Exhibit 8 on the deposition.

Dated: Southampton, New York
July 30, 2008

/s/ *David Lopez*