DANIEL E. DOHERTY, ESQ. (DD–2145)
LAW OFFICES OF DANIEL E. DOHERTY
7300 W. 110th Street, Suite 930
Overland Park, KS 66210
**Phone:** 913.338.7182
**Fax:** 913.338.7164
**Email:** ded-law@ddoherty.net
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,
*Plaintiff*

v.

LOCAL.COM CORPORATION, *et. al.*,
*Nominal Defendant*

**Case:** 07 Civil 8550 (LBS)

NOTICE OF CHANGE OF ADDRESS

## NOTICE OF CHANGE OF ADDRESS

The undersigned hereby notifies the Court, defendants, and other attorneys in the above-captioned case of his change in address to the following:

DANIEL E. DOHERTY, ESQ. (DD-2145)
LAW OFFICES OF DANIEL E. DOHERTY
7300 W. 100th Street, Suite 930
Overland Park, KS 66210
**Phone**: 913-338-7182
**Fax**: 913-338-7164
**Email**: ded-law@ddoherty.net

Note that only the suite number has changed from the prior contact information.

**Dated: September 9, 2008.**

/s/ Daniel E. Doherty
..............................................
DANIEL E. DOHERTY, ESQ. (DD–2145)
LAW OFFICES OF DANIEL E. DOHERTY
7300 W. 110th Street, Suite 925
Overland Park, KS 66210
**Phone:** 913.338.7182
**Fax:** 913.338.7164
**Email:** ded-law@ddoherty.net